UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

IN RE:                                    )
    Jodi Lynn Vanolst              )     Case No. 12-03948
                                          )
_____Debtor_____)

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT**, AN AMOUNT OF $14,411.70 constituting unclaimed funds due to Jodi Lynn Vanolst, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IS ALSO APPEARING THAT** Charlene J. Keys, claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2042. Applicant is a Funds Locator and a Power of Attorney (Agent Authorization) granting authority to petition the Court to collect on behalf of the claimant is attached.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $14,411.70 to the order of Jodi Lynn Vanolst and mail the check to Jodi Lynn Vanolst, c/o Keys Research, 23630 SE 440th Street, Enumclaw, WA 98022.

Dated: _____SEP 12 2013_____

_____
United States Bankruptcy Judge

Submitted and approved by:

_____
Attorney-in-fact for claimant
Charlene J. Keys Research
FEIN 61-1264203
Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Signed copy to Financial Administrator